**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

The Scale Effect Company
Plaintiff,
v.
Baron Chocolatier, Inc., et al.
Defendant.

Case No.: 1:19−cv−01599
Honorable Franklin U. Valderrama

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 29, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone motion hearing held on 6/29/21. Plaintiff's Motion to Compel [72] is denied without prejudice for reasons stated on the record. Plaintiff's request for attorneys' fees pursuant to Fed. R. Civ. P. 37(a)(5)(A) also is denied without prejudice for the reasons stated on the record. The parties shall file an updated status report that addresses, among other topics the parties wish to address, the status of discovery by 7/30/21 after Plaintiff has had an opportunity to review Defendant Veroni's supplemental production of documents and counsel have had an opportunity to meet and confer pursuant to Local Rule 37.2 concerning any discovery disputes. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.