**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

The Scale Effect Company
Plaintiff,
v.
Baron Chocolatier, Inc., et al.
Defendant.

Case No.: 1:19−cv−01599
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 1, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing and motion hearing held on 12/1/21. Plaintiff's counsel and defense counsel for Defendants Veroni and Gabal appeared. Pro se Defendant Tomasz Kotas did not appear. Plaintiff's Motion to Compel [94] is granted in part and denied in part for the reasons explained on the record and summarized here. The parties are directed to the transcript of today's hearing for a full and complete record. First, regarding the identification of individual and/or corporate bank accounts sought in Veroni Interrogatory 18, Kotas Interrogatory 15, and Gabal Interrogatory 14, Plaintiff's Motion is denied without prejudice based on overbreadth, relevance, and proportionality concerns within the meaning of Federal Rule of Civil Procedure 12(b)(1). Plaintiff's Motion regarding the production of certain bank statements sought in Veroni Document Request 21, Kotas Document Request 12, and Gabal Document Request at No. 12 is denied without prejudice on the same basis. With respect to the state and federal tax returns sought in Veroni Document Request 25, Kotas Document Request 15, and Gabal Document Request at No. 15, Plaintiff's Motion is granted in large part. Defendant Veroni is ordered, without opposition, to produce its state and federal tax returns filed with respect to tax years beginning in 2016 through the present. Defendants Gabal and Kotas also are ordered to produce their tax returns filed for tax years beginning with 2016 through 2019, except that the individual Defendants may redact information from those returns not directly or indirectly related to money paid to or received from Defendant Baron and/or Defendant Veroni, or related to transactions between the individual Defendants and those corporate entities. The Court's order allowing Defendants to redact certain information is without prejudice to Plaintiff limiting its discovery requests and asking that Defendants to produce relevant and proportional material on a more targeted basis in the future. All Defendants shall produce their tax returns, subject to the above parameters, by 12/15/21. The tax returns can be produced pursuant to a confidentiality order. On or before 1/4/22, the parties shall file a schedule of confirmed depositions through the end of January and proposed dates for depositions any party intends to take after that date but prior to the close of fact discovery. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.