**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

The Scale Effect Company,

Plaintiff(s),

v.

Baron Chocolatier, Inc., et al,

Defendant(s).

Case No. 19cv1599
Judge Jeffrey I. Cummings

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Veroni Brands Corp. and Igor Gabal
and against plaintiff(s) The Scale Effect Company

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion.

Date: 5/1/2025

Thomas G. Bruton, Clerk of Court

C. Chambers , Deputy Clerk